IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL MANGRUM and<br>DANIELA MANGRUM,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMARY FINANCIAL SERVICES, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 4:10-CV-4840 |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiffs, MICHAEL MANGRUM and PRIMARY FINANCIAL SERVICES, LLC, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipates will be completed within the next 30 days."

Plaintiffs therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: July 25, 2011        Respectfully Submitted,

                            KROHN & MOSS, LTD.

                             By:/s/Michael Agruss,
                            Michael Agruss Esq.
                            CA SBN: 259567
                            Attorney for Plaintiffs
                            Krohn & Moss, Ltd.
                            10474 Santa Monica Blvd., Suite 401
                            Los Angeles, CA 90025
                            magruss@consumerlawcenter.com
                            Phone: (323) 988-2400  x 235
                            Fax: (866) 799-3206

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Keith Wier
Bush & Ramirez, L.L.C.
24 Greenway Plaza, Suite 1700
Houston, TX 77046
(713) 626-1555
(713) 622-8077 Facsimile
kwier@bushramirez.com

By:/s/Michael Agruss,
Michael Agruss Esq.
Attorney for Plaintiff