IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL MANGRUM and DANIELA MANGRUM, | § § § |
| **Plaintiffs,** | § § § |
| v. | §   CASE NO.  4:10-cv-04840 |
| | § |
| PRIMARY FINANCIAL SERVICES, LLC, | § § |
| **Defendant.** | § § |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiffs, Michael Mangrum and Daniela Mangrum, and Defendant, Primary Financial Services, LLC, and file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) as follows:

1. On or about December 3, 2010, Plaintiffs sued Defendant, Primary Financial Services, LLC, for alleged violations of the Fair Debt Collection Practices Act (FDCPA).

2. Plaintiffs agreed to dismiss all claims and/or causes of action arising out of the incident made basis of this case against Defendant and both parties agreed that a Judgment or Order of Dismissal would be entered in this suit, dismissing all and any claims and/or causes of actions with prejudice.

3. Plaintiffs moves to dismiss the suit against Defendant and all related causes of action arising out of the facts of this case.

4. Defendants who have answered this lawsuit agree to the dismissal.

5. This case has not been certified as a class action and no receiver has been appointed.

6. Plaintiffs have not dismissed an action based on or including the same claims as

those presented in this suit.

    7.    This dismissal is with prejudice.

Respectfully submitted,

**BUSH & RAMIREZ, LLC**

//s// Keith Wier
Keith Wier; SBN: 21436100
Fed. I.D. 7930
24 Greenway Plaza, Suite 1700
Houston, TX 77046
Telephone: (713) 626-1555
Facsimile: (713) 622-8077

**ATTORNEYS FOR DEFENDANT,
NATIONAL CREDIT SYSTEMS, INC**.

**KROHN & MOSS, LTD.**

//s// Michael Agruss
Michael Agruss
CA State Bar No. 259567
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400 ext. 235
Facsimile: (866) 799-3206

**ATTORNEY FOR PLAINTIFFS,
MICHAEL MANGRUM and
DANIELLA MANGRUM**